**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2187

_____

United States of America,            *
                                     *
          Plaintiff - Appellee,      *
                                     *     Appeal from the United States
     v.                              *     District Court for the
                                     *     District of Minnesota.
Rafael Ramon Williams,               *
also known as Felly,                 *     [UNPUBLISHED]
                                     *
          Defendant - Appellant.     *

_____

Submitted:  December 12, 1997
    Filed:   December 18, 1997

_____

Before MURPHY, JOHN R. GIBSON, and MAGILL, Circuit Judges.

_____

PER CURIAM.

     Rafael Ramon Williams pled guilty to one count of conspiracy to distribute and to possess with intent to distribute cocaine base (crack) in violation of 21 U.S.C. §§ 841(a)(1), 846, and was sentenced to 216 months.  Williams appeals, challenging the four level enhancement applied to his sentence by the district court[1] for being an organizer or leader of a conspiracy involving five or more participants.  See U.S.S.G. § 3B1.1(a).  After reviewing the record, we conclude that it supports the findings of the

_____

     [1]The Honorable David S. Doty, United States District Court for the District of Minnesota.

district court regarding Williams' role in the conspiracy.  Accordingly, we affirm the judgment.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT